PD-1446&1447&1448&1449-15

NO._____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN,TEXAS

NEKO EARSY BOYKIN

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

From Appeal Nos. 05-14-00331-CR

05-14-00332-CR

05-14-00333-CR

05-14-00334-CR

Trial Cause Nos. F13-12601-J, F13-58095-J,

F13-58096-J, F13-58097-J

Dallas,County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

To The Honorable Judges Of The Court Of Criminal Appeals :

Comes now,NEKO EARSY BOYKIN,Petitioner,and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review.In support of this motion,appellant shows the Court the following:

The Petitioner was convicted in the 3rd District Court Of Dallas County Texas of the offenses of Aggravated Robbery in Cause Nos.F13-12601-J, F13-58095-J, F13-58096-J, F13-58097-J ,styled State of Texas vs. Neko Earsy Boykin The Petitioner appealed to the Court Appeals,Fifth Supreme Judicial District. The case was affirmed on October 8,2015

II

The present deadline for filing Petition for Discretionary Review is November 8,2015.The Petitioner has not requested any extension prior to this request.

1

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until October 16,2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Nanette Hendrickson, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner pray this court Grant this motion and extend the deadline for filing Petition for Discretionary Review in Case Numbers 05-14-00331-CR, 05-14-00332-CR, 05-14-00333-Cr, 05-14-00334-CR to December 8,2015.

_____
Petitioner, pro se
Texas Department of Criminal Justice
Ferguson Unit
TDCJ-ID # 01916061
Midway, Texas 75852

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for State Susan Hawk District Attorney at Dallas, Texas and to the State Prosecuting Attorney P.O. Box 12405, Austin, Texas 78711 on this 5th day of November 2015

_____
Petitioner, pro se

I, Neko Earsy Boykin  TDCJ # 01916061 being presently incarcerated in the Ferguson Unit  of the Texas Department of Criminal Justice in Madison County,Texas,verify and declare under penalty of perjury that the fore-going statements are true and correct.Executed on this the 5th day of November 2015

*Neko Boykin*

TDCJ # 0191601

3